NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALVIN K. WILSON,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4363
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.

Calvin K. Wilson, pro se.


PER CURIAM.

          Affirmed.  See Wilson v. State, 240 So. 3d 650 (Fla. 2d DCA 2017) (table

decision); Wilson v. State, 2 So. 3d 270 (Fla. 2d DCA 2008) (table decision).


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.